IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ARNETTA SWIFT, | ) | |
| | ) | 8:16CV150 |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | |
| | ) | **MEMORANDUM AND ORDER** |
| OFFICER JAMES HOLTMYER, #2021 | ) | |
| Omaha police Officer B shift Gang Unit, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |
| ARNETTA SWIFT, | ) | |
| | ) | 8:16CV151 |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | |
| | ) | **MEMORANDUM AND ORDER** |
| FOXHALL, and UNKNOWN JOHN DOE, | ) | |
| employee, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| ARNETTA SWIFT, | ) | |
| | ) | 8:16CV152 |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | |
| | ) | **MEMORANDUM AND ORDER** |
| SHERIFF OF DOUGLAS COUNTY | ) | |
| CORRECTIONAL CENTER, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |
| ARNETTA SWIFT, | ) | |
| | ) | 8:16CV167 |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | |
| | ) | **MEMORANDUM AND ORDER** |
| MIKKI JERABEK, JUDGE HUBER, | ) | |
| FOXALL, DUNNING SHERIFF, and | ) | |
| JUDGE BAZIS, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This matter is before the court on its own motion. On April 11, 2016, the clerk of the court sent an order to Plaintiff at her last known address and it was returned to this court as undeliverable. (See Filing No. 5, Case No. 8:16CV152.) Plaintiff has several cases pending in this court and all cases reflect the same address for Plaintiff. Plaintiff has an obligation to keep the court informed of her current address at all times. See NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the court of address changes within 30 days). These cases cannot be prosecuted in this court if Plaintiff's whereabouts remain unknown.

IT IS THEREFORE ORDERED that:

1.       Plaintiff must update her address within 30 days. Failure to do so will result in dismissal of the following actions without further notice to Plaintiff: Case No. 8:16CV150; 8:16CV151; 8:16CV152; and 8:16CV167.

2.       The clerk of the court is directed to set a pro se case management deadline in the above-captioned cases using the following text: May 23, 2016: check for address.

DATED this 21st day of April, 2016.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge